■ JOHN SANTIAMO, as Executor of CAROL HADDEN, Deceased, Respondent, v CARLTON HADDEN, Appellant. [614 NYS2d 917] —Appeal by the defendant from an order of the Supreme Court, Dutchess County (Beisner, J.), dated October 8, 1992.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Beisner in the Supreme Court. Rosenblatt, J. P., Ritter, Goldstein and Florio, JJ., concur.